UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NIVEA C. BROOKENS,

    Plaintiff,

v.                                           CASE NO.  8:16-cv-477-T-26AEP

DEPARTMENT STORES NATIONAL
BANK,

    Defendant.
_____/

**O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, including the parties' Joint Stipulation to Stay Case and Compel Arbitration (Dkt. 13), it is

**ORDERED AND ADJUDGED** as follows:

    1) Defendant's Motion to Compel Arbitration (Dkt. 12) is **granted**.

    2) The parties are directed to arbitrate Plaintiff's claims through binding arbitration as provided for in the governing Arbitration Agreement attached to the stipulation as Exhibit A.

    3) All proceedings in this case are stayed.

    4) The Clerk is directed to administratively **CLOSE** this case during the period of the stay.

**DONE AND ORDERED** at Tampa, Florida, on September 23, 2016.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record